IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITES STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:16-CR-136-WKW |
| | ) | [WO] |
| ROBERT M. RITCHEA | ) | |

**ORDER**

Defendant Robert M. Ritchea has filed a *pro se* motion for compassionate release, which is construed as a motion to modify an imposed term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A). (Doc. # 54.) Under § 3582(c)(1)(A), a district court may modify a convicted defendant's sentence when "extraordinary and compelling reasons warrant such a reduction." However, a defendant may only move for such a reduction after he or she "has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or [after] the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." § 3582(c)(1)(A). Defendant's motion does not indicate that he has pursued the statutorily mandated procedure, so his motion is premature at this time.

Accordingly, it is ORDERED that Defendant's motion (Doc. # 54) is DENIED without prejudice with leave to refile his motion, if necessary, after he has exhausted his administrative rights.

DONE this 23rd day of April, 2020.

/s/ W. Keith Watkins  
UNITED STATES DISTRICT JUDGE