IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:16-CR-136-WKW |
| | ) | [WO] |
| ROBERT M. RITCHEA | ) | |

**ORDER**

Before the court is Defendant Robert M. Ritchea's *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) on grounds that his sentence is "unjust and excessive." (Doc. # 63, at 5 (emphasis omitted).) After careful consideration, and for the reasons articulated by the Government (Doc. # 65), the court finds that the motion is due to be denied.

First, Mr. Ritchea has not shown "extraordinary and compelling reasons" warranting his early release from prison. § 3582(c)(1)(A). Second, he has failed to demonstrate that he "is not a danger to the safety of any other person or to the community, as provided in 18 U.S.C. § 3142(g)." U.S.S.G. § 1B1.13. Third, the balancing of the § 3553(a) factors does not favor release.

Accordingly, it is ORDERED that Mr. Ritchea's *pro se* motion for compassionate release (Doc. # 63) is DENIED.

DONE this 16th day of March, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE